IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN R. MAUST, | ) | CASE NO. 5:14 CV 582 |
| | ) | |
| Plaintiff, | ) | DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **REPORT & RECOMMENDATION** |
| Defendant. | ) | |

This matter comes before the Magistrate Judge by automatic reference of administrative action[1] for review of the decision of the Commissioner of Social Security denying plaintiff Ryan R. Maust's applications for Social Security disability insurance benefits and supplemental security income.[2]

On March 27, 2014, the Court filed its initial order setting forth the procedural schedule for filing the answer and transcript.[3] On June 3, 2014, the Court ordered Maust to file his brief by July 3, 2014.[4] Maust did not file a brief by that date.

On July 23, 2014, the Court filed a show cause order requiring a response from Maust by August 7, 2014, as to why the complaint should not be dismissed for want of prosecution

---

[1] Non-document docket entry of 03/26/2014.

[2] ECF # 1.

[3] ECF # 5.

[4] ECF # 12.

for failure to file the brief.[5] Neither Maust's response to the show cause order nor the brief has been received as of this date.

On consideration whereof, the Magistrate Judge recommends the dismissal of the above-captioned case with prejudice for failure to prosecute.

Dated: April 10, 2015　　　　　　　　　　　　s/ William H. Baughman, Jr.
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## Objections

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[6]

---

[5] ECF # 13.

[6] *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).