# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RYAN R. MAUST, | ) | CASE NO. 5:14 cv 582 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | ORDER ADOPTING |
| SECURITY, | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| Defendant. | .) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. The Report and Recommendation (ECF # 14), issued on April 10, 2015, is hereby ADOPTED by this Court. Plaintiff filed this action requesting a review of the decision of the Commissioner of Social Security denying Plaintiff's applications for Social Security disability insurance benefits and supplemental security income. The Magistrate Judge recommended that Plaintiff's case be dismissed with prejudice for failure to prosecute. No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and

Recommendation in its entirety. IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: April 30, 2015